UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 5:15-cr-052-JMH-CJS |
| Plaintiff, | ) | |
| | ) | Civil No. |
| v. | ) | 5:18-cv-558-JMH-CJS |
| | ) | |
| STEPHEN BERNARD PEAKE, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

\*\*\*

Stephen Bernard Peake filed a Motion to Vacate, Amend, or Correct Sentence Pursuant to 28 U.S.C. § 2255. [DE 94]. This matter was referred to United States Magistrate Judge Candace J. Smith for initial scrutiny, and she has recommended dismissal of the Motion to Vacate [DE 94]. [DE 112]. Although afforded the opportunity to do so, Peake has failed to object to Magistrate Judge Smith's Report and Recommendation [DE 112]. As stated in Magistrate Judge Smith's Report and Recommendation [DE 112], "Failure to make a timely objection consistent with [28 U.S.C. § 636(b)(1)] and [Rules Governing Section 2255 Proceedings for the United States District Courts, Rule 8(b)] may, and normally will, result in waiver of further appeal to or review by the District Judge and Court of Appeals." [DE 112 (citing *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981)]. Accordingly,

**IT IS ORDERED** as follows:

(1) United States Magistrate Judge Candace J. Smith's Report and Recommendation [DE 112] is **ACCEPTED** and **ADOPTED** in its entirety as the Opinion of the Court;

(2) Stephen Bernard Peake's Motion to Vacate, Amend, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [DE 94], including his request for an evidentiary hearing, is **DENIED**;

(3) This action is **DISMISSED** and **STRICKEN** from the Court's docket;

(4) No certificate of appealability shall issue; and

(5) Judgment shall be entered contemporaneously with the present Memorandum Opinion and Order.

This the 11th day of September, 2019.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge