```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 5:15-cr-052-JMH-CJS |
| Plaintiff, | ) | |
| | ) | Civil No. |
| v. | ) | 5:18-cv-558-JMH-CJS |
| | ) | |
| STEPHEN BERNARD PEAKE, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

*** 

Consistent with the Court's Memorandum Opinion and Order entered this date, it is hereby **ORDERED** and **ADJUDED** as follows:

(1) Stephen Bernard Peake's Motion to Vacate, Amend, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [DE 94], including his request for an evidentiary hearing, is **DENIED**;

(2) Judgment is **ENTERED** in favor of the United States;

(3) This action is **DISMISSED** and **STRICKEN** from the Court's docket;

(4) No certificate of appealability shall issue; and

(5) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

This 21st day of April, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge